

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00220-CV

**THE CITY OF SAN ANTONIO**,
Appellant

v.

Armando D. **RIOJAS**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI13534
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. We order that appellee Armando D. Riojas recover his costs of appeal from appellant the City of San Antonio.

SIGNED February 26, 2020.

_____
Beth Watkins, Justice